1072

No. 99–8140. PEACHLUM v. PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 99–8145. KREPS v. PESINA ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–8150. FEATHERSTONE v. EUFINGER ET AL. C. A. 6th Cir. Certiorari denied.

No. 99–8153. FLOURNOY v. MOSKOWITZ, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 99–8156. FORD v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 99–8157. ELLIS v. ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 99–8160. EVANS v. LOCK, SUPERINTENDENT, CENTRAL MISSOURI CORRECTIONAL CENTER, ET AL. C. A. 8th Cir. Certiorari denied.

No. 99–8161. GILL v. NEW YORK STATE BOARD OF LAW EXAMINERS. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 99–8170. STEELE v. MOORMAN. C. A. 11th Cir. Certiorari denied.

No. 99–8192. GAINOR v. DOUGLAS COUNTY, GEORGIA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 99–8196. FOYE v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 99–8200. GRANT v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–8207. SALCEDO GONZALES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 99–8208. HEBERT v. LOUISIANA. Ct. App. La., 3d Cir. Certiorari denied.